IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| COLT CHAMBERS, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:13-0108 |
| ) | Chief Judge Haynes |
| v. ) | |
| ) | |
| SHERIFF JIMMY BROWN, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon review of the file, the Clerk of Court mailed a copy of Order in this action to the Plaintiff on February 19, 2014. (Docket Entry No. 17). The Order was returned to the Court as "Return to Sender, Unable to Forward." (Docket Entry No. 19).

Under Fed. R. Civ. P. 5(b), service is effective upon mailing to the party's last known address. It is a party's responsibility to inform the Court of his address so as to enable the Court to inform all parties of matters arising in the litigation. <u>Downs v. Pyburn</u>, No. 3:87-0471 (M.D. Tenn. Order filed September 4, 1987). The Plaintiff has failed to inform the Court of his new address, and the Court is unable to conduct the necessary proceedings in this action.

Accordingly, this action is **DISMISSED without prejudice** under Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiff's failure to prosecute.

It is so **ORDERED**.

ENTERED this the ___13th___ day of March, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court